B 6F (Official Form 6F) (12/07)

In re  Richard Yee and Lucy Yee                    ,      Case No.  15-00106
                         Debtor                                              (if known)
AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO xxxxxx-xx9870 <br> City of Chicago <br> Dept. of Finance-Water Billing <br> P.O. Box 6330 <br> Chicago, IL 60680-6330 | X | J | Feb 24, 2015 | | | | 836.03 |
| ACCOUNT NO xxxx-xx-03-39 <br> GEICO General Ins. Company <br> One GEICO Plaza <br> Bethesda, MD 20810-0001 | X | J | Sep 02, 2014 | | | | 329.74 |
| ACCOUNT NO x6101 <br> William Howard Taft High School <br> Attn: Accounts Receivable <br> 6530 W. Bryn Mawr Avenue <br> Chicago, IL 60631 | X | J | Feb 13, 2015 | | | | 847.00 |
| ACCOUNT NO x xxxx xxxx 8913 <br> Spark Energy Gas, LP <br> P.O. Box 3015 <br> Houston, TX 77253 | X | J | March 10, 2015 | | | | 421.47 |
| | | | | | | Subtotal ➤ $ | 2,434.24 |
| ____ continuation sheets attached | | | | | | Total ➤ $ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | 2,434.24 |